**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     *LaTrina Kingsbury v. A.C. Automotive, Inc. and Maria G. Martinez*

Appellate case number:   01-14-00205-CV

Trial court case number: 1025892

Trial court:             Co Civil Ct at Law No 1 of Harris County

Date motion filed:       April 2, 2015

Party filing motion:     Appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Evelyn V. Keyes
                   ☐ Acting individually    ☒ Acting for the Court

Panel consists of: Justices Keyes, Higley, Brown


Date: April 16, 2015